GUY KORNBLUM & ASSOCIATES
ATTORNEYS

1

2   GUY O. KORNBLUM (SBN 39974)
    GUY KORNBLUM & ASSOCIATES
3   1388 Sutter St., Suite 820
    San Francisco, CA 94109
4   Telephone: (415) 440-7800
    Facsimile: (415) 440-7898
5

    ROBERT N. WEAVER (SBN 72738)
6   LESS & WEAVER
    1388 Sutter Street, Suite 800
7   San Francisco, CA 94109
    Telephone: (415) 389-9800
8   Facsimile: (415) 908-0841

9   Attorneys for Plaintiff
    GARY E. AFFONSO
10

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  GARY E. AFFONSO                    )    Case No.: 4:10-cv-05054-PJH
                                       )
16              PLAINTIFF,             )    **NOTICE OF WITHDRAWAL OF**
                                       )    **ATTORNEY MOLLY BARTON AS**
17          v.                         )    **COUNSEL FOR PLAINTIFF GARY**
    METROPOLITAN LIFE INSURANCE        )    **AFFONSO AND [PROPOSED] ORDER**
18  COMPANY; MORGAN STANLEY SMITH      )    **[L.R. 11-5(a)]**
    BARNEY LLC (PLAN ADMINISTRATOR)    )
19                                     )    Complaint Filed: November 8, 2010
                DEFENDANTS.            )
20                                     )

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE THAT Molly Barton, formerly of the law firm Guy Kornblum &

Associates, hereby withdraws as attorney for Plaintiff Gary Affonso in the above-captioned matter.  Ms.

Barton is no longer associated with Guy Kornblum & Associates.  Attorneys Guy Kornblum and Robert

Weaver continue to represent Plaintiff Gary Affonso in this matter.

Dated: January 28, 2011                                        Respectfully submitted,

GUY KORNBLUM & ASSOCIATES
LESS & WEAVER


By:   /s/
          GUY O. KORNBLUM
          Counsel for PLAINTIFF


## **ORDER**


The withdrawal of Molly Barton as counsel for Plaintiff Gary Affonso is so Ordered.

DATED: _Feb. 1, 2011~~2010~~



UNITED ST                    CT COURT JUDGE

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Guy Kornblum & Associates, 1388 Sutter St., Suite 820, San Francisco, CA 94109.

On the date indicated below, at the above-referenced business location, I served the **NOTICE OF WITHDRAWAL OF ATTORNEY MOLLY BARTON** on the below-named parties and caused said document to be transmitted using ECF:

      1.     Rebecca Hull, Esq.
              Erin Cornell, Esq.
              Sedgwick, Deter, Moran & Arnold, LLP
              One Market Plaza
              Steuart Tower, 8th Fl
              San Francisco, CA 94105-1008

              **ATTORNEYS FOR DEFENDANT**
              **METROPOLIRTAN LIFE INSURANCE COMPANY**

      2.     Mark  Boennighausen, Esq.
              Law Offices of Steven A. Ellenberg
              4 North Second Street, Suite 1240
              San Jose, CA 95113

              **ATTORNEY FOR DEFENDANT**
              **MORGAN STANLEY**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Francisco, California, on January 28, 2011.

/s/ _____
Patrick Sacco