GUY KORNBLUM & ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (SBN 39974)
GUY KORNBLUM & ASSOCIATES
1388 Sutter St., Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

ROBERT N. WEAVER (SBN 72738)
LESS & WEAVER
1388 Sutter Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 398-9800
Facsimile:  (415) 989-0841

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak St., Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510 814-0650

Attorneys for Plaintiff
GARY E. AFFONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. AFFONSO,<br><br>    PLAINTIFF,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; MORGAN STANLEY SMITH BARNEY LLC (PLAN ADMINISTRATOR)<br><br>    DEFENDANTS. | **Case No.: 4:10-cv-05054 PJH**<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A STIPULATION TO FILE FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

///

///

///

///

///

[Proposed] Order re Stipulation to Extend Time for Plaintiff to File a Stipulation to File First Amended Complaint or, Alternatively, Motion for Leave to File First Amended Complaint

1

1    IT IS SO ORDERED THAT:

2    The April 4, 2011 Stipulation the parties entered into through their respective attorneys of record

3 providing Plaintiff through Friday, April 8, 2011 to file a Stipulation to File Amended Complaint or,

4 alternatively, to file a Motion for Leave to File First Amended Complaint is GRANTED.

6  Date: __4/5/11_____          _____
7                                     PHYLLIS J. HAMILTON
                                      UNITED STATES DISTRICT COURT JUDGE



[Proposed] Order re Stipulation to Extend Time for Plaintiff to File a Stipulation to File First Amended Complaint or, Alternatively, Motion for Leave to File First Amended Complaint

2

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I am employed in the County of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1388 Sutter Street, Suite 820, San Francisco, California 94109.

On April 5, 2011, I served the foregoing documents described as:

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A STIPULATION TO FILE FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

on the interested parties in this action by causing said document to be transmitted using ECF and by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Rebecca Hull, Esq.<br>Erin Cornell, Esq.<br>Sedgwick, LLP<br>One Market Plaza<br>Steuart Tower, 8th Fl<br>San Francisco, CA 94105-1008<br><br>**ATTORNEYS FOR DEFENDANT METROPOLIRTAN LIFE INSURANCE COMPANY** | Mark Boennighausen, Esq.<br>Law Offices of Steven A. Ellenberg<br>4 North Second Street, Suite 1240<br>San Jose, CA 95113<br><br>**ATTORNEY FOR DEFENDANT MORGAN STANLEY** |

[X] **BY MAIL**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

[ ] **BY PERSONAL SERVICE**. I caused to be delivered such envelope by hand to the offices of the addressee.

[X] **BY ELECTRONIC MAIL**. The parties to this action who have submitted their email addresses to the Court's Electronic Case Filing (ECF) system received the forgoing document electronically.

Executed April 5, 2011 at San Francisco, California.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

By      /s/ Patrick Sacco
PATRICK SACCO