GUY KORNBLUM & ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (SBN 39974)
GUY KORNBLUM & ASSOCIATES
1388 Sutter St., Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

ROBERT N. WEAVER (SBN 72738)
LESS & WEAVER
1388 Sutter Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 398-9800
Facsimile:  (415) 989-0841

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak St., Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510 814-0650

Attorneys for Plaintiff
GARY E. AFFONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. AFFONSO<br><br>PLAINTIFF,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; MORGAN STANLEY SMITH BARNEY LLC (PLAN ADMINISTRATOR)<br><br>DEFENDANTS. | Case No.: CV 10 5054 PJH<br><br>**PLAINTIFF'S AND DEFENDANTS' STIPULATION REGARDING: 1) METROPOLITAN LIFE INSURANCE COMPANY'S AND MORGAN STANLEY BENEFITS PLAN'S MOTION FOR ABUSE OF DISCRETION REVIEW; 2) PLAINTIFF'S MOTION TO AUGMENT THE ADMINISTRATIVE RECORD; AND 3) DEFENDANT MORGAN STANLEY & CO INCORPORATED'S MOTION TO DISMISS**<br>  AND ORDER<br>Date:  June 22, 2011<br>Time: 9: 00 a.m.<br>Ctrm:  3, Third Floor (Oakland) |

Plaintiff's Counsel has represented to the parties and the Court that Plaintiff's Counsel, Larry Padway, is ill, suffering from the flu in the course of recuperating from a knee surgery. Plaintiff's counsel has further advised that Mr. Padway is Plaintiff's ERISA specialist, and the only attorney on Plaintiff's team who is knowledgeable regarding the ERISA issues presented by the following three motions set for hearing at 9:00 a.m. on June 22, 2011 before this Court: 1) Defendants Metropolitan Life Insurance Company's and Morgan Stanley Benefits Plan's Motion for Abuse of Discretion Review; 2) Plaintiff's Motion to Augment the Administrative Record; and 3) Defendant Morgan Stanley & Co Incorporated's Motion to Dismiss the Third Claim for Relief Contained in Plaintiff's First Amended Complaint (collectively referred to hereafter has the "Three Motions"). As a result of Mr. Padway's illness, Plaintiff's counsel has represented that it is impossible for Mr. Padway to appear at tomorrow's hearing on the Three Motions.

In light of Plaintiff's Counsel's representations regarding Mr. Padway's illness, his inability to attend tomorrow's hearing and the role that he serves as Plaintiff's ERISA specialist, the Parties, by and through their respective counsel hereby stipulate: 1) to submit the Three Motions on the papers, and thus without a corresponding hearing, provided that the Court has no related questions of counsel and believes that there is no need for a hearing on the Three Motions; and 2) in the event that the Court has questions and/or feels that a hearing on the Three Motions is necessary, to continue the hearing on the Three Motions to a future date that is convenient to the parties and the Court.

Date: June 21, 2011                              Respectfully submitted,

**GUY KORNBLUM & ASSOCIATES**
**LESS & WEAVER**


**By:** _____/s/ Guy Kornblum_____
          GUY O. KORNBLUM
          Counsel for PLAINTIFF

Parties' Stipulation Regarding the Parties' June 22, 2011 Motions--CV 10 5054 PJH

1
2
3
**SEDGWICK DETERT MORAN & ARNOLD LLP**

4
**By**: ___/s/ Rebecca Hull_____
       REBECCA A. HULL
5      ERIN A. CORNELL
       Counsel for Defendant METROPOLITAN LIFE
6      INSURANCE COMPANY, MORGAN STANLY
       BENEFITS PLAN, incorrectly sued herein as
7      MORGAN STANLEY & CO., INCORPORATED,
       BASIC AND SUPPLEMENTAL LIFE
8      INSURANC PLAN: 501

9
10
**LAW OFFICES OF STEVEN A. ELLENBERG**
11
12
13
**By:** ___/s/ Mark Boennighausen_____
       MARK BOENNIGHAUSEN
14     Counsel for Defendant MORGAN STANLEY &
       CO., INC.
15

16   6/22/11



THE MOTIONS HEARING IS CONTINUED TO JUNE 29, 2011 AT 9:00 A.M.  DUE TO THE COURT'S CALENDAR ALREADY BEING FULL ON JUNE 29, 2011 THIS CASE WILL BE CALLED LAST AND THE PARTIES WILL HAVE TO MAKE DUE WITH WHATEVER TIME IS LEFT AFTER THE OTHER MATTERS HAVE BEEN HEARD.