1  LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY  Bar No. 89314
2  lp@padway.com
   1516 Oak Street, Suite 109
3  Alameda, CA  94501
   Telephone:    (510) 814-0680
4  Facsimile:    (510) 814-0650

5  Attorneys for Plaintiff
   Gary E. Affonso
6
   SEDGWICK LLP
7  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
8  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
9  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, CA  94105-1008
10 Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
11
   Attorneys for Defendants
12 Metropolitan Life Ins. Co.; Morgan Stanley Benefits Plan

13 LAW OFFICES OF STEVEN A. ELLENBERG
   MARK BOENNIGHAUSEN  Bar No. 142147
14 mark@ellenberglawoffices.com
   4 North Second Street, Suite 1240
15 San Jose, CA  95113-1308
   Telephone:    (408) 998-8500
16 Facsimile:    (408) 998-8503

17 Attorneys for Defendant
   Morgan Stanley & Co., Inc.
18

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21

22 | GARY E. AFFONSO, | Case No. C 10-05054 PJH |
|---|---|
|            Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS** |
|    v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; MORGAN STANLEY SMITH BARNEY LLC (APPEARING AS MORGAN STANLEY & CO., INC.),; and MORGAN STANLEY & CO., INCORPORATED, BASIC AND SUPPLEMENTAL LIF EINSURANCE PLAN: 501, , | |
|            Defendants. | |

SF/2284215v1

Plaintiff Gary E. Affonso ("plaintiff") and Defendants Metropolitan Life Insurance Company ("MetLife"), Morgan Stanley Benefits Plan ("Plan"), and Morgan Stanley & Co., Inc. ("Morgan Stanley") (collectively "defendants"), hereby joint propose the following briefing/filing and hearing schedule for dispositive cross-motions:

| | |
|---|---|
| Plaintiff's motion for judgment filed: | September 7, 2011 |
| Defendants' joint opposition and cross-motion filed: | September 28, 2011 |
| Plaintiff's reply and opposition to cross motion filed: | October 19, 2011 |
| Defendants' joint reply filed: | November 2, 2011 |
| Hearing on cross-motions: | November 16, 2011 |

DATED:  July 26, 2011          LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway (as authorized on 7/25/2011)
    Laurence F. Padway
    Attorneys for Plaintiff
    Gary E. Affonso

DATED:  July 26, 2011          SEDGWICK LLP


By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    Metropolitan Life Insurance Company; Morgan Stanley
    Benefits Plan

DATED:  July 26, 2011          LAW OFFICES OF STEVEN A. ELLENBERG


By: /s/ Mark Boennighausen (as authorized on 7/25/2011)
    Mark Boennighausen
    Attorneys for Defendant
    Morgan Stanley & Co., Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross-motions for judgment shall be held on November 16, 2011 at 9:00 a.m.

DATED: 8/1/11



_____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE