GUY KORNBLUM & ASSOCIATES
WALTER G. CRUMP  Bar No. 203743
wcrump@kornblumlaw.com
1388 Sutter Street, Suite 820
San Francisco, CA  9109
Telephone:   (415) 440-7800
Facsimile:    (415) 440-7898

Attorneys for Plaintiff
Gary E. Affonso

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendants
Metropolitan Life Ins. Co.; Morgan Stanley Benefits Plan

LAW OFFICES OF STEVEN A. ELLENBERG
MARK BOENNIGHAUSEN  Bar No. 142147
mark@ellenberglawoffices.com
4 North Second Street, Suite 1240
San Jose, CA  95113-1308
Telephone:   (408) 998-8500
Facsimile:    (408) 998-8503

Attorneys for Defendant
Morgan Stanley & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. AFFONSO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; MORGAN STANLEY SMITH BARNEY LLC (APPEARING AS MORGAN STANLEY & CO., INC.),; and MORGAN STANLEY & CO., INCORPORATED, BASIC AND SUPPLEMENTAL LIFE INSURANCE PLAN: 501,<br><br>　　　　　　Defendants. | Case No. C 10-05054 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS** |

SF/2422476v1

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING/HEARING SCHEDULE

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

Due to plaintiff Gary E. Affonso's ("plaintiff") pending motion for reconsideration regarding abuse of discretion review (ECF No. 96), plaintiff and defendants Metropolitan Life Insurance Company ("MetLife"), Morgan Stanley Benefits Plan ("Plan"), and Morgan Stanley & Co., Inc. ("Morgan Stanley") (collectively "defendants"), hereby respectfully request a continuance of the briefing and hearing schedule for dispositive motions.

The parties jointly propose the following schedule:

- The parties' cross-motions shall be heard on January 11, 2012 at 9:00 a.m., or as soon thereafter as is convenient to the Court's calendar. The parties understand that this hearing date may need to be changed because the proposed briefing schedule below may not allow for the related briefing to be completed in sufficient time prior to the new hearing date. In that instance, the parties will cooperate in selecting a mutually agreeable hearing date.
- The briefing schedule shall be modified, under the alternative schedules:

  If plaintiff's motion for reconsideration is denied and the standard of review remains abuse of discretion per the July 6, 2011 Order:
  - Defendants shall have 21 days from the date of the Court's order denying the motion for reconsideration to file their joint cross-motion and opposition to plaintiff's motion for summary judgment;
  - Plaintiff shall then have 21 days to file his opposition to defendants' cross-motion and his reply in support of his motion for summary judgment;
  - Defendants shall then have 14 days to file their joint reply brief.

  If plaintiff's motion for reconsideration is granted, and the standard of review is changed from abuse of discretion to *de novo*:
  - Plaintiff shall have 21 days from the date of the Court's order granting the motion for reconsideration to withdraw his currently pending motion for summary judgment (ECF No. 91), and file a new/substituted motion for summary judgment;

- Defendants shall then have 21 days to file their joint cross-motion and opposition to plaintiff's motion for summary judgment;
- Plaintiff shall then have 21 days to file his opposition to defendants' cross-motion and reply in support of his motion for summary judgment;
- Defendants shall then have 14 days to file their joint reply brief.

SO STIPULATED AND RESPECTFULLY REQUESTED:

DATED:  September 26, 2011     GUY KORNBLUM & ASSOCIATES

By: /s/ Walter G. Crump (as authorized on 9/26/2011)
Walter G. Crump
Attorneys for Plaintiff
Gary E. Affonso

DATED:  September 26, 2011     SEDGWICK LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendants
Metropolitan Life Insurance Company; Morgan Stanley Benefits Plan

DATED:  September 26, 2011     LAW OFFICES OF STEVEN A. ELLENBERG

By: /s/ Mark Boennighausen (as authorized on 9/25/2011)
Mark Boennighausen
Attorneys for Defendant
Morgan Stanley & Co., Inc.

**ORDER**

It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross-motions for judgment shall be held on January 11, 2012 at 9:00 a.m.

DATED:  9/27/11

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*