LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar No. 89314
lp@padway.com
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:    (510) 814-0680
Facsimile:    (510) 814-0650

Attorneys for Plaintiff
Gary E. Affonso

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendants
Metropolitan Life Ins. Co.; Morgan Stanley Benefits Plan

LAW OFFICES OF STEVEN A. ELLENBERG
MARK BOENNIGHAUSEN  Bar No. 142147
mark@ellenberglawoffices.com
4 North Second Street, Suite 1240
San Jose, CA  95113-1308
Telephone:    (408) 998-8500
Facsimile:    (408) 998-8503

Attorneys for Defendant
Morgan Stanley & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. AFFONSO,<br><br>            Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; MORGAN STANLEY SMITH BARNEY LLC (APPEARING AS MORGAN STANLEY & CO., INC.),; and MORGAN STANLEY & CO., INCORPORATED, BASIC AND SUPPLEMENTAL LIFE INSURANCE PLAN: 501,<br><br>           Defendants. | Case No. C 10-05054 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE MOTIONS** |

SF/2422476v1

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING/HEARING SCHEDULE

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

SO STIPULATED AND RESPECTFULLY REQUESTED:

Whereas, Plaintiff's withdrawal of his currently pending Motion for Summary Judgment and his new/substituted motion for summary judgment is due on November 3, 2011; Whereas, counsel for plaintiff, Laurence F. Padway, has had a death in the family and has been called away from the office to take care of family matters; and

Now, therefore, the parties stipulate to the following briefing schedule on the dispositive motions as follows:

    Plaintiff's opening brief: November 14, 2011

    Defendants' joint cross-motion and opposition: December 12, 2011

    Plaintiff's opposition and reply: January 2, 2012

    Defendants' joint reply: January 17, 2011

    Hearing: February 1, 2012 at 9:00 a.m.

DATED: November 3, 2011    LAW OFFICES OF LAURENCE F. PADWAY

By:     /s/
Laurence F. Padway
Attorneys for Plaintiff
Gary E. Affonso

DATED: November 3, 2011    SEDGWICK LLP

By:     /s/
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendants
Metropolitan Life Insurance Company; Morgan Stanley Benefits Plan

1 | DATED: November 3, 2011     LAW OFFICES OF STEVEN A. ELLENBERG

3 | By: _____/s/_____
Mark Boennighausen
Attorneys for Defendant
Morgan Stanley & Co., Inc.

**ORDER**

It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross-motions for judgment shall be held on February 1, 2012 at 9:00 a.m.

DATED: 11/7/11

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton